644

Franklin L. PEIRCE, Appellant, v. SECURITY FIRST NATIONAL BANK OF LOS ANGELES and Bank of America, Appellees.

No. 11047.

Circuit Court of Appeals, Ninth Circuit.

April 30, 1945.

Surr & Hellyer, of San Bernardino, Cal., for appellant.

George H. Banta and Grainger & Hunt, all of Los Angeles, Cal., for appellee Security First Nat. Bank.

Edmund Nelson and Joseph A. Lazaroni, both of Los Angeles, Cal., for appellee Bank of America.

Before MATHEWS, STEPHENS, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and by direction of the Court, it is ordered that the appeal in this cause be dismissed, that a decree be filed and entered accordingly, and that the mandate of this court issue forthwith.

Calvin Clay POPE, Appellant, v. UNITED STATES of America, Appellee.

No. 9968.

Circuit Court of Appeals, Sixth Circuit.

May 24, 1945.

U. S. A. Heggblom, of Detroit, Mich., for appellant,

Joseph F. Deeb, of Grand Rapids, Mich., for the United States.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

Pursuant to the order of this court, entered April 2, 1945, it is now here ordered and adjudged by this court that the judgment of the District Court in this cause be and the same is hereby affirmed upon the authority of the opinion this day announced in .the case of Dervin Bartlet Wolfe v. United States of America, 6 Cir., 149 F.2d 391. Mandate to issue forthwith.

Clarence Benjamin RAIS, Appellant, v. FIRST NATIONAL BANK OF CHILLICOTHE, OHIO, et al., Appellees.

No. 9969.

Circuit Court of Appeals, Sixth Circuit.

June 11, 1945.

Robert W. Newlon, of Columbus, Ohio, for appellant.

Kenneth B. Johnston and R. J. O'Donnell, both of Columbus, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and oral argument; and it appearing to the court that the record contains no reversible error, it is therefore ordered, adjudged and decreed that the order appealed from entered September 22, 1944, be and the same is in all things affirmed.